**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ANTONIO C. ROBINSON
VDC #2166073**                                                                 **PLAINTIFF**

**v.**                              **No. 2:22-cv-106-DPM-JTR**

**GAYLON LAY, Superintendent, East
Arkansas Regional Unit; CHRISTOPHER
JOHNSON, Deputy Warden, East
Arkansas Regional Unit; and MICHAEL
RICHARDSON, Deputy Warden, East
Arkansas Regional Unit**                                     **DEFENDANTS**

**ORDER**

Robinson's motion for an extension, *Doc. 111*, is granted as modified.    Objections to the recommendation due by 19 September 2023.

So Ordered.

*D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

1 September 2023