# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ANTONIO C. ROBINSON
VDC #2166073                                                           PLAINTIFF

v.                         No. 2:22-cv-106-DPM-JTR

GAYLON LAY, Superintendent, East
Arkansas Regional Unit; CHRISTOPHER
JOHNSON, Deputy Warden, East
Arkansas Regional Unit; and MICHAEL
RICHARDSON, Deputy Warden, East
Arkansas Regional Unit                                                 DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 104*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 42*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 September 2023