# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ANTONIO C. ROBINSON
VDC #2166073                                                          PLAINTIFF

v.                     No. 2:22-cv-106-DPM-BBM

GAYLON LAY, Superintendent, East
Arkansas Regional Unit; CHRISTOPHER
JOHNSON, Deputy Warden, East
Arkansas Regional Unit; and MICHAEL
RICHARDSON, Deputy Warden, East
Arkansas Regional Unit                                                DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Moore's partial recommendation, *Doc. 235*, and overrules Robinson's objections, *Doc. 237*. Fed. R. Civ. P. 72(b)(3). Robinson's motion for summary judgment, *Doc. 124*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2024