# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**ANTONIO C. ROBINSON**
**VDC #2166073**                                                                 **PLAINTIFF**

v.                          No. 2:22-cv-106-DPM

**GAYLON LAY**, Superintendent, East
Arkansas Regional Unit;  **CHRISTOPHER
JOHNSON**, Deputy Warden, East
Arkansas Regional Unit;  and **MICHAEL
RICHARDSON**, Deputy Warden, East
Arkansas Regional Unit                                                      **DEFENDANTS**

## ORDER

Robinson's motion for copies, *Doc. 251*, is granted.  The Court directs the Clerk of Court to provide a copy of *Doc. 124, 142, 202, 208, & 210* to Robinson.  Robinson's motion for extension, *Doc. 252*, is granted as modified.  Objections due by 7 February 2025.  No further extensions will be granted absent extraordinary circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 January 2025