IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTONIO C. ROBINSON
VDC #2166073                                                      PLAINTIFF

v.                        No. 2:22-cv-106-DPM

GAYLON LAY, Superintendent, East
Arkansas Regional Unit; CHRISTOPHER
JOHNSON, Deputy Warden, East
Arkansas Regional Unit; and MICHAEL
RICHARDSON, Deputy Warden, East
Arkansas Regional Unit                                            DEFENDANTS

ORDER

Robinson's motion for extension, *Doc. 254*, is granted as modified. My staff contacted Red Onion State Prison about the reported mail issues. They reported that Robinson received the requested copies on January 30th, ten days after he mailed his motion. The mail delay justifies a short extension. Objections now due by 14 February 2025. No further extensions will be granted absent extraordinary circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 February 2025