IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTONIO C. ROBINSON
VDC #2166073                                                                PLAINTIFF

v.                            No. 2:22-cv-106-DPM

GAYLON LAY, Superintendent, East
Arkansas Regional Unit; CHRISTOPHER
JOHNSON, Deputy Warden, East
Arkansas Regional Unit; and MICHAEL
RICHARDSON, Deputy Warden, East
Arkansas Regional Unit                                                      DEFENDANTS

ORDER

Robinson's motion for extension, *Doc. 256*, and motion for copies, *Doc. 257*, are denied. Robinson mailed his motions on January 14th. *Doc. 256 at 3*. He received the requested copies on January 30th. *Doc. 255 at 1*. His objections to Magistrate Judge Moore's recommendation are due by February 14th.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 February 2025