IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTONIO C. ROBINSON
VDC #2166073                                                               PLAINTIFF

v.                         No. 2:22-cv-106-DPM

GAYLON LAY, Superintendent, East
Arkansas Regional Unit; CHRISTOPHER
JOHNSON, Deputy Warden, East
Arkansas Regional Unit; and MICHAEL
RICHARDSON, Deputy Warden, East
Arkansas Regional Unit                                                   DEFENDANTS

## JUDGMENT

Robinson's individual capacity claims against Lay, Johnson, and Richardson are dismissed with prejudice. His official capacity claims, and his claim for injunctive relief, are dismissed without prejudice. The Court retains jurisdiction until 12 September 2025 to enforce the parties' settlement.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 July 2025